Matter of Mott Haven Improvement Group, L.P. v Rothermel (2025 NY Slip Op 03139)

Matter of Mott Haven Improvement Group, L.P. v Rothermel

2025 NY Slip Op 03139

Decided on May 22, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 22, 2025

Before: Webber, J.P., Moulton, Friedman, Gesmer, Michael, JJ. 

Index No. 816261/22|Appeal No. 4425|Case No. 2024-02636|

[*1]In the Matter of Mott Haven Improvement Group, L.P., etc., Petitioner-Respondent,
v
Kevin Rothermel etc., Respondent-Respondent. Janet Transit, Inc., et al., Nonparty-Appellants.

Abrams Fensterman LLP, Lake Success (Keith W. Corso of counsel), for appellants.
Hinshaw & Culbertson LLP, New York (Karena J. Straub of counsel), for Mott Haven Improvement Group, L.P., respondent.

Order and judgment (one paper), Supreme Court, Bronx County (Paul L. Alpert, J.), entered on or about March 8, 2024, denying nonparty appellants' motion to vacate a November 29, 2022 judgment of the court, unanimously affirmed, without costs.
The court correctly denied appellants' motion to vacate the judgment previously entered in this article 78 proceeding. There was no basis to vacate the judgment based on lack of jurisdiction (see Janet Transit, Inc. v Mott Haven Improvement Group LP,231 AD3d 516, 517 [1st Dept 2024]). Nor were appellants' rights affected by the judgment (id.).
We have considered appellants' remaining arguments and find them unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 22, 2025